```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID WIKSELL
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  TRAVIS POPE

 9

10
                 IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) Mag. No. 09-387 GGH
15                               )
                    Plaintiff,   )
16                               ) STIPULATION AND ORDER TO VACATE
           v.                    ) JURY TRIAL AND TO SET HEARING ON
17                               ) MOTION TO SUPPRESS EVIDENCE AND
    TRAVIS POPE,                 ) BRIEFING SCHEDULE
18                               )
                    Defendant.   )
19                               ) Date: October 27, 2009
    _____ ) Time: 9:00 a.m.
20                                 Judge: Hon. Gregory G. Hollows

21

22

23       The United States of America, through MATTHEW C. STEGMAN,

24  Assistant United States Attorney, together with defendant, TRAVIS POPE,

25  by counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to

26  vacate the trial confirmation hearing set for October 27, 2009, at 9:00

27  a.m. and the jury trial set for November 9, 2009 at 9:00 a.m., and set

28  this case for hearing defendant's motion to suppress evidence on
```

1  February 1, 2010, at 9:00 a.m.
2      The parties agree that the ends of justice served by granting
3  defendant's request for a continuance outweigh the best interest of the
4  public and the defendant in a speedy trial.  The parties stipulate that
5  for the purpose of computing time under the Speedy Trial Act, the Court
6  should exclude time from the date of this order through February 1,
7  2010, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local
8  Code T4].  The parties further stipulate that the Court should exclude
9  time through February 1, 2010, for pretrial motions. 18 U.S.C. § 3161
10 (h)(1)(F) [Local Code E].
11     The parties stipulate to the following briefing schedule:
12     Defendant's Motion due . . . . . . . . . . . . . November 20, 2009
13     Government's Response due . . . . . . . . . . .   January 15, 2010
14     Defendant's Reply due . . . . . . . . . . . . .   January 22, 2010
15     Motion Hearing . . . . . . . .   February 1, 2010 at 9:00 a.m.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation and Proposed Order    -2-

The parties agree that the Court may set the jury trial following the motion hearing.

Dated:  October 22, 2009

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender


        /s/ Lauren Cusick
        LAUREN CUSICK
        Assistant Federal Defender
        Attorney for Defendant
        TRAVIS POPE

Dated: October 22, 2009        LAWRENCE G. BROWN
        Acting United States Attorney


        /s/ Matthew C. Stegman
        MATTHEW C. STEGMAN
        Assistant U.S. Attorney


        ORDER

IT IS SO ORDERED.


Dated: October 26, 2009

        /s/ Gregory G. Hollows
        _____
        HON. Gregory G. Hollows
        United States Magistrate Court

pope.ord

Stipulation and Proposed Order    -3-