```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6

 7  Attorney for Defendant
    TRAVIS E. POPE
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 09-CR-00387-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO SET |
| v. | ) | HEARING ON APPEAL OF THE |
| | ) | MAGISTRATES DECISION AND SET |
| TRAVIS E. POPE, | ) | BRIEFING SCHEDULE |
| | ) | |
| Defendant. | ) | Date: November 12, 2010 |
| | ) | Time: 10:00 am. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, TRAVIS E. POPE, by counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to set this case for hearing defendant's appeal of the Magistrate's decision on November 12, 2010 at 10:00 am. and set briefing schedule.

///

///

///

///

///

1   The parties stipulate to the following briefing schedule:
2   Appellants Opening Brief due . . . . . . . . . . October 5, 2010
3   Respondent's Opening Brief due. . . . . . . . . November 2, 2010
4   Appellant's Optional Reply due . . . . . . . .  November 9, 2010
5   Hearing Date . . . . . . . . . .   November 12, 2010 at 10:00 am.

Dated: September 7, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Lauren Cusick
                                    LAUREN CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TRAVIS E. POPE

Dated: September 7, 2010            BENJAMIN WAGNER
                                    United States Attorney

                                    /s/Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney



                                  ORDER

IT IS SO ORDERED.


Dated: Sept. 7, 2010                /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Court Judge

Stipulation and Proposed Order    -2-